UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON, | No. 2:12-cv-2000 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| DeBOARD, et al., | |
| Defendants. | |

This action pursuant to 42 U.S.C. § 1983 proceeds on the July 31, 2012 complaint against defendants DeBoard and Lopez.[1] Defendants have answered the complaint and a discovery and scheduling order has issued. Plaintiff alleges that, in March 2009, defendants failed to protect him from an assault by other inmates in violation of the Eighth Amendment.

Before the court is plaintiff's August 23, 2013 motion to file an amended complaint.[2] Under Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend shall be given freely when justice requires. In deciding whether justice requires granting leave to amend, factors to be considered include the presence or absence of undue delay, bad faith, dilatory motive, repeated

---

[1] On July 25, 2013, plaintiff's claims against two other defendants named in the complaint were severed from the instant action. Those claims proceed in Case No. 2:13-cv-1510 KJM CKD P.

[2] The court construes this as a motion to amend under Rule 15(a).

1

1 | failure to cure deficiencies by previous amendments, undue prejudice to the opposing party and
2 | futility of the proposed amendment.  Forman v. Davis, 371 U.S. 178, 182 (1962).
3 |     Here, plaintiff has not filed a proposed amended complaint or otherwise demonstrated that
4 | justice requires leave to amend.  The court will therefore deny plaintiff's motion without
5 | prejudice, such that plaintiff may file a proposed amended complaint and renew his motion to
6 | amend.
7 |     Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion to file an amended
8 | complaint (ECF No. 51) is denied without prejudice.
9 | Dated: September 16, 2013

        _____
        CAROLYN K. DELANEY
        UNITED STATES MAGISTRATE JUDGE

2 / harr2000.amend

2