UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON, | No. 2:12-cv-2000 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. DeBOARD, et al., | |
| Defendants. | |

Defendants' motion for summary judgment in this prisoner excessive force case recently was denied. (ECF No. 97.) Prior to setting pretrial deadlines, the court will explore whether settlement talks would be beneficial.

During the entire week of June 1, 2015, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges will conduct settlement conferences. This case has been identified as potentially appropriate for referral to Settlement Week.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall, within 30 days from the date of this order, inform the court's Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement conference

would be beneficial, at the following address, fax number, or email address:

    ADR Division

    Attention: Sujean Park

    U.S. District Court

    501 I Street, Suite 4-200

    Sacramento, CA 95814

    Fax: (916) 491-3912

    Email: spark@caed.uscourts.gov

Dated: March 31, 2015

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

2 / harr2000.sw