UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL F. HARRISON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. DeBOARD, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-2000 KJM CKD P<br><br><br>ORDER |

All parties have stipulated that this action be dismissed with prejudice. (ECF No. 107.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: August 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / harr2000.59c